Dear Honorable Judge's of the following Courts:
1. 54th Judicial District McLennan County, Tx.
2. Court of Criminal Appeals Austin, Tx. W-06-CV-317
3. Federal District Court of Western District San Antonio, Tx.
4. United States Fifth Circuit Court of Appeals New Orleans, LA.
5. Supreme Court of The United States Washington, D.C.

ENCLOSED with this letter to You Honorable Judges be a letter to my Attorney: Mr. Stanley Schwieger.

I PRAY that You Honorable Judges will force Mr. Schwieger to bring Its contents before Your Court And or Appoint me An Attorney(s) that will investigate And Effectively bring these injustices before the PROPER Court(s).

Thank You for Your time And Assistance of Any kind. Utmost Respect Sent

Sincerely,

Texas Deathrow Prisoner
Carroll Joe Parr # 999479
No. 11-70009
Mailed - 6-22-2012 - indigent

FILED
JUL 0 3 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

RECEIVED
JUL 0 2 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Dear Mr. Stanley Schwieger

Sir, I have tried to get every lawyer from trial up until now to address everything below which I've spoken with you about as well. So again, please the below issues as well as those I tried to preserve in the Desire To Raise Additional Claims motion I filed in state court which postage was paid for at the post office and stamped by the post office with the date of mailing. Sir on the evidence collection sheet there are things I strongly believe have finger prints and DNA. Therefore, will you file a motion to have everything tested? The altered video tape shown to the jurors at my trial needs to be reviewed and addressed with the courts. My confrontation rights violated when the state used records of the Psychological Doctor and not the actual Doctor. What was introduced at my Grand Jury hearing that made my then Bond Reduction Attorney quit. (Whom is now the Head District Attorney for Waco) (Tell me that "They fucked up in my Grand Jury hearing but Not to tell nobody he told me but don't ever forget) You said that you talked to Mr. Abelino Abel Reyna and He's not willing to come forward with what he knows nor can you get the Grand Jury

GRAND JURY'S TRANSCRIPT TO SEE WHAT EVIDENCE WAS PRESENT.

Sir will you PLEASE address everything in this letter with the Court.

RESPECT SENT

CARROLL PARR
6-22-12

CC:
State Clerk for Judge
Federal Clerk for Judge
5th Circuit Clerk for Judge
Supreme Court Clerk for Judge
54th Court of Waco Clerk for Judge
Stanley Schwieger ✓ Lawyer

Carroll Joe Parr #999479
Polunsky Unit
3872 F. M 350 So.
Livingston, Tx. 77351

NORTH HOUSTON TX 773
25 JUN 2012 PM 4 L

LEGAL

Clerk of the U.S. Federal District
655 E. Durango Blvd.
San Antonio, Tx. 78206

RECEIVED
JUN 2 7 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY CLERK

78206110099