IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **CARROLL JOE PARR** | § § § § § | |
| v. | § § | NO. 6:06-CV-00317-WSS |
| **RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION** | § § § § § | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

*TO THE HONORABLE WALTER S. SMITH, JR., UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:*

Now comes **STAN SCHWIEGER** and moves to withdraw as attorney of record for **CARROLL JOE PARR,** in the above entitled and numbered cause, and for good cause shows the following:

I.

The last known address of CARROLL JOE PARR is TDCJ # 00999479, Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351.

II.

This Honorable Court appointed the undersigned counsel on March 15, 2007, for "purposes of this death penalty writ of habeas corpus."[1]  This Court denied relief on March 28 2011.[2] Following denial of his appeal on the merits in the Fifth Circuit,[3] the Supreme Court denied his application for Writ of Certiorari.[4]

III.

An execution date was set in the 54th District Court of McLennan County Texas for May 7, 2013, in cause number 2003-270-C2.

IV.

Movant states good cause for this motion exists because Mr. Parr requested (by telephone) that the undersigned counsel remove himself from Client's case on February 11, 2013.

**NOTICE TO CLIENT**
**PLEASE BE ADVISED YOUR EXECUTION HAS BEEN SCHEDULED ON MAY 7, 2013.**

The undersigned requests permission to withdraw as counsel of record.

---

[1] *See* Order Appointing Counsel dated March 15, 2007.

[2] *See Parr v. Thaler*, No. W-06-CA-317 (W. D. Tex. Mar. 28, 2011) (mem. op. and order).

[3] *Parr v. Thaler*, 481 F. App'x 872, 879 (5th Cir. 2012).

[4] *Parr v. Thaler*, No. 12-6327, 2013 WL 57242 (U.S. Jan. 7, 2013).

Respectfully submitted,

**LAW OFFICE OF STAN SCHWIEGER**

/s/ STAN SCHWIEGER
Stan Schwieger
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas  76703-0975
(254) 752-5678
(254) 752-7792 -- Facsimile
State Bar No. 17880500
E-mail: wacocrimatty@yahoo.com

## CERTIFICATE OF SERVICE

A copy of this Motion to Withdraw as Attorney of Record was delivered to the McLennan County District Attorney's Office, attorney of record for the State of Texas on February 12, 2013.

/s/ STAN SCHWIEGER
Stan Schwieger

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **CARROLL JOE PARR** | § § § § § | |
| **v.** | § § | **NO. 6:06-CV-00317-WSS** |
| **RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION** | § § § § § | |

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

On this February \_\_\_\_\_, 2013, came on to be considered the Motion to Withdraw as Attorney of Record in the above styled and numbered cause and the Motion is:

\_\_\_\_\_  **GRANTED.**

\_\_\_\_\_  **DENIED.**

Signed on the date above.

_____
JUDGE PRESIDING